UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ELIAS SHEHADEH,                                          :

              Plaintiff,                                  :

                                      :

          v.                                          :

                                      :      Case No. 20-cv-08107(AT)

HORIZON PHARMA USA, INC.,                                 :
and ABC CORPORATIONS 1-5,                                 :

                                      :

              Defendants.                              :

------------------------------------------------------------- x

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice, and without costs or fees to any party.

Dated:  New York, New York            New York, New York
         July 6, 2022                July 26, 2022

SCHWARTZ PERRY & HELLER, LLP    OGLETREE, DEAKINS, NASH,
                                     SMOAK & STEWART, P.C.

By:_____      By: _____
    Brian Heller                     Jamie Haar
3 Park Avenue, Suite 2700        599 Lexington Avenue, 17th Floor
New York, New York 10016         New York, NY 10022
212.889.6565                       212.492.2500
bheller@sphlegal.com            jamie.haar@ogletree.com

*Attorneys for Plaintiff*             *Attorneys for Defendant*

Dated:  July _, 2022              SO ORDERED:

                                   _____
                                    Hon. Analisa Torres
                               United States District Judge